■ BEAR STEARNS COMPANIES, INC., et al., Respondents, v JARDINE STRATEGIC HOLDINGS, LIMITED, Appellant. (And Another Action.)—Order, Supreme Court, New York County (Michael Dontzin, J.), entered on November 1, 1989, unanimously affirmed, for the reasons stated by Michael Dontzin, J., in his memorandum decision dated September 12, 1989. Respondents shall recover of appellant $250 costs and disbursements of this appeal. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Ellerin, JJ.

(May 10, 1990)

■ In the Matter of FEDERATION TO PRESERVE THE GREENWICH VILLAGE WATERFRONT AND GREAT PORT, INC., et al., Appellants, v BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County (Kenneth Shorter, J.), entered on June 13, 1989, unanimously affirmed, for the reasons stated by Kenneth Shorter, J., without costs and without disbursements. Concur—Murphy, P. J., Sullivan Kassal and Rubin, JJ.

Asch, J., concurs in a memorandum as follows: I would concur in the affirmance. The underlying questions raised in this CPLR article 78 proceeding, brought with respect to the mooring of *The Bibby Venture* as a prison barge, as well as the contentions of those interested, already have been considered and passed upon by this court *(Matter of Silver v Koch,* 137 AD2d 467, *lv denied* 73 NY2d 702).